NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001111
08-JUL-2013
08:23 AM

NO. CAAP-12-0001111

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ALLAN J. ZACHARY, Claimant-Appellant,
v.
STATE OF HAWAI'I, DEPARTMENT OF HUMAN SERVICES,
Employer-Appellee, Self-Insured,

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NOS. AB 2008-213 (9-04-10016);
AB 2008-218 (9-03-10024); and AB 2008-218 (9-05-10090)

ORDER DENYING CLAIMANT-APPELLANT'S
JULY 3, 2013 MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Motion for Reconsideration, filed on July 3, 2013 by Claimant-Appellant Allan J. Zachary, it appears that this court extended the time to file a Jurisdictional Statement until May 21, 2013, thereby accepting

his untimely filed Jurisdictional Statement. However, on June 27, 2013, this court dismissed his appeal for lack of appellate jurisdiction because his Notice of Appeal was untimely.[1]

Therefore,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, July 8, 2013.

Presiding Judge

Associate Judge

Associate Judge

---

[1] Appellant did not consent to service by email in accordance with the Hawaii Electronic Filing and Service Rules. Therefore, service by mail upon Appellant was required pursuant to HRAP Rule 25(c).